# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0037. MATTHEW COURTNEY ELLINGTON v. VENDOR RESOURCE MANAGEMENT et al.

This Court was presented this afternoon with a pro se pleading filed by Matthew Courtney Ellington with the Clerk of the Court of Appeals today styled "Emergency motion rule 40 (b) for emergency stay and appellate review." It attaches as exhibits multiple documents from different cases from this Court, Fulton County Superior Court and Fulton County Magistrate Court. It appears that Ellington filed an appeal in Fulton County Superior Court Case No. 2017CV298371 following a dispossessory order in Fulton County Magistrate Court Case No. 17ED050706. By order filed with the Clerk of Fulton County Superior Court on September 19, 2018, the Superior Court granted a motion for summary judgment in favor Vendor Resource Management, duly authorized agent for the Secretary of Veterans Affairs and against Ellington. Ellington then filed a notice of direct appeal to this Court rather than seeking an application for discretionary appeal pursuant to OCGA § 5-6-35. By order dated January 31, 2019, this Court dismissed his direct appeal for lack of jurisdiction. It appears that the Fulton County Magistrate Court has entered a writ of possession on February 4, 2019, which Ellington attaches to his filing today. This Court lacks jurisdiction for two reasons. If this Court were to consider today's filing as an application for discretionary appeal from the Fulton County Superior Court's summary judgment order of September 19, 2018, it is not timely filed pursuant to OCGA § 5-6-35 (d). If Ellington is seeking to appeal from the Fulton County Magistrate Court's writ of possession issued February 4, 2019, any appeal would not lie with this Court pursuant to OCGA § 15-10-41 (b) (1). See *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2D 225) (1991). As such, this pleading styled "Emergency

motion rule 40 (B) for emergency stay and appellate review" is hereby DENIED and DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  02/07/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.